# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 15, 2025

BY ECF

Hon. Lewis J. Liman
United States Courthouse
500 Pearl Street
New York, NY 10007

REQUEST GRANTED.
The Status Conference previously set for December 17, 2025 is rescheduled to February 10, 2026 at 10:30AM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, on consent of both parties, excludes time between December 16, 2025 and February 10, 2026 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendants in a speedy trial, in that the time between now and February 10 will allow additional time for defendants to review discovery and determine whether to make any pretrial motions, and for the parties to discuss potential pretrial dispositions.

Re:  **United States v Junior Capellan Mata, et. al.**
25 Cr. 447 (LJL)

12/16/2025

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Dear Judge Liman:

   I write on behalf of Junior Capellan Mata and with the consent of defense counsel for defendants Alexander DeJesus-Nunez and Michael Mendez Perez, to respectfully request a 60-day adjournment of the conference in the above captioned matter currently scheduled for December 17, 2025. An adjournment will allow all counsel the additional time needed to review discovery, to determine whether to make pretrial motions and to engage in discussions with the Government about a possible pretrial disposition.

   The Government consents to the adjournment and should the Court grant the application, the Government respectfully requests that the time between December 17, 2025, and the next scheduled conference be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by the granting of such a continuance—i.e., allowing defendants additional time to review discovery, to determine whether to make any pretrial motions, and to engage in discussions with the Government about a possible pretrial disposition—outweigh the best interests of the public and the defendant in a speedy trial. Mr. Capellan Mata, and counsel for Mr. DeJesus-Nunez and Mr. Mendez-Perez, on behalf of their respective clients, consent to the exclusion of time pursuant the Speedy Trial Act.

Respectfully submitted,

/s/ Amy Gallicchio
_____
Amy Gallicchio, Esq.
Assistant Federal Defender
O: 212-417-8728
C: 917-612-3274

Cc: All counsel of record