# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 9, 2026

BY ECF
Hon. Lewis J. Liman
United States Courthouse
500 Pearl Street
New York, NY 10007

REQUEST DENIED.
The Status Conference is to proceed as scheduled tomorrow,
February 10, 2026 at 10:30AM.  Please take note that the conference
will be held in Courtroom 15B, as courtroom 15C is currently under
maintenance.

2/9/2026    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:    **United States v Junior Capellan Mata, et. al.**
25 Cr. 447 (LJL)

Dear Judge Liman:

I write on behalf of Junior Capellan Mata, and with the agreement of defense counsel representing Alexander DeJesus-Nunez and Michael Mendez Perez, respectfully request that the conference currently scheduled for February 10, 2026, be adjourned for 45 days. The Court previously granted one adjournment request. Defense counsel for all defendants are seeking additional time to complete our review of discovery materials and to continue discussions with the Government regarding a potential pretrial resolution.

The Government consents to the adjournment and should the Court grant the application, the Government respectfully requests that the time between February 10, 2026, and the next scheduled conference be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by the granting of such a continuance—i.e., allowing defendants additional time to review discovery, to determine whether to make any pretrial motions, and to engage in discussions with the Government about a possible pretrial disposition—outweigh the best interests of the public and the defendant in a speedy trial.  Mr. Capellan Mata, and counsel for Mr. DeJesus-Nunez and Mr. Mendez-Perez, on behalf of their respective clients, consent to the exclusion of time pursuant the Speedy Trial Act.

Respectfully submitted,

/s/ Amy Gallicchio
_____
Amy Gallicchio, Esq.
Assistant Federal Defender
O:  212-417-8728
C:  917-612-3274

Cc: All counsel of record