

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 29, 2026

REQUEST GRANTED.
The Motion Hearing scheduled for May 1, 2026 is cancelled.   The Court, on application of the Government and consent of defendant, excludes time from May 1, 2026 until June 24, 2026 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendant in a speedy trial, in that the time between now and June 24 will allow for the defendant to review discovery and parties to continue discussions regarding a potential pretrial resolution.

**By ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

4/30/2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:    *United States v. Capellan Mata et al.*, 25 Cr. 447 (LJL)

Dear Judge Liman:

The Government writes respectfully to request that the Court (1) adjourn the motion hearing scheduled for May 1, 2026 at 10:30 a.m.; and (2) exclude time from May 1, 2026 to June 24, 2026 pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

On February 10, 2026, the Court set a pretrial schedule that ordered, among other things, defendants to file any pretrial motions by April 13, 2026, scheduled a motion hearing for May 1, 2026, scheduled the final pretrial conference for June 24, 2026, and set trial to begin on June 29, 2026. The Court also excluded time on the speedy trial clock until May 1, 2026. On March 24, 2026, defendant Junior Capellan Mata pleaded guilty, and on April 14, 2026, defendant Alexander DeJesus-Nunez pleaded guilty.  The Government and defendant Michael Mendez are engaged in discussions regarding a pretrial resolution, and Mendez Perez did not file any pretrial motions. The Government thus respectfully requests that the Court adjourn the motion hearing scheduled for May 1, 2026 at 10:30 a.m.

The Government also respectfully requests that time from May 1, 2026 to June 24, 2026, the date of the final pretrial conference, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting an exclusion until the date of the June 24, 2026 proceeding outweigh the best interests of the public and Mendez Perez in a speedy trial, as the proposed exclusion will allow the defendant time to review discovery and will allow the parties time to discuss a pretrial resolution of this matter.

Counsel for Mendez Perez has informed the Government that the defendant consents to the exclusion of time pursuant to the Speedy Trial Act.

Respectfully submitted,

/s/

JAY CLAYTON
United States Attorney for the
Southern District of New York

by:  *Patrick J. Gallagher*

Patrick J. Gallagher
Assistant United States Attorney
(212) 637-2251